UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MIQUEL SANTANA,                                    (AKH) 07CV01700

                        Plaintiff,

    -against-
                                                    ANSWER

222 BROADWAY, LLC, 90 CHURCH STREET
LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A MBS CAT,
BOSTONPROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES HOLDINGS INC., CHASE MANHATTAN
BANK CORPORATION, CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS MANAGEMENT
SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL LYNCH & CO., INC.,
MOODY'S HOLDING INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE(UK) INC., STRUCTURE TONE GLOBAL SERVICES, INC.,
SWISS BANK CORPORATION, TOSCORP INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO., G.P. CORP., WFP TOWER
B HOLDING CO., LP AND WFP B. CO., L.P., ET AL.

                        Defendants
---------------------------------------------------------------------X


        PLEASE  TAKE  NOTICE  that  defendant  Envirotech  Clean  Air  Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-

referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)