UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
-----------------------------------------------------------------X
MIQUEL SANTANA,                         :  07-CV-1700-AKH
:
                Plaintiff,           :
:  **APPEARANCE**
- against -                             :
:
222 BROADWAY, LLC, *et al.*,            :
:  **ELECTRONICALLY FILED**
                Defendants.          :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                      By:    ___/s/ Judith R. Cohen___
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501
                                             *Attorney for Defendants*
                                             MERRILL LYNCH & CO., INC. and
                                             222 BROADWAY, LLC