KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
MIGUEL SANTANA,                              DOCKET NO.:
                                             07 CV 1700

              Plaintiff,

  -against-


100 CHURCH, LLC, 222 BROADWAY, 90            NOTICE OF
CHURCH STREET LIMITED PARTNERSHIP,           APPEARANCE
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BFP ONE LIBERTY
PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CHASE MANHATTAN
BANK CORPORATION, CUNNINGHAM DUCT CLEANING CO.,
CUSHMAN & WAKEFIELD, INC., ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., GRUBB & ELLIS MANAGEMENT SERVICES, HUDSON
VIEW EAST CONDOMINIUM, HUDSON VIEW TOWER
ASSOCIATES, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW ENGINEERING,

P.C., MERRILL LYNCH & CO., INC., MOODY'S HOLDINGS, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., R Y MANAGEMENT CO., INC. ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., SWISS BANK CORPORATION, THE BANK OF NEW YORK COMPANY, INC.,THE CITY UNIVERSITY OF NEW YORK, TOSCORP INC., TRC ENGINEERS, INC., VERIZON NEW YORK INC., WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., L.P.,WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO. I. L.P., WFP TOWER D HOLDING CO., II L.P., WFP TOWER D HOLDING I. G.P., CORP., WFP TOWER D. CO.,  L.P. and ZAR REALTY MANAGEMENT CORP.,

          **Defendants.**
---------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

  Enter my appearance as counsel in this case for:

       **CUNNINGHAM DUCT WORK s/h/i/a**
      **CUNNINGHAM DUCT CLEANING CO., INC.**

  I certify that I am admitted to practice in this court.

Dated:  New York, New York
     February 1, 2008

            <u>Kevin G. Horbatiuk</u>
            Kevin G. Horbatiuk (KGH4977)
            Attorneys for Defendant
            **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
            RUSSO, KEANE & TONER, LLP
            26 Broadway, 28th Floor
            New York, New York 10004
            (212) 482-0001
            RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MIGUEL SANTANA**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 1st day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MIGUEL SANTANA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
KEVIN G. HORBATIUK